UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:16CR0303 CEJ |
| v. | ) |
| | ) |
| BRIAN GRIFFIN, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

Assistant Federal Public Defender Robert Wolfrum enters his appearance as appointed counsel of record for the Defendant Brian Griffin, replacing, Assistant Federal Public Defender Michelle Monahan, who previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Robert Wolfrum
ROBERT WOLFRUM   31670
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: robert_wolfrum@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 08/15/2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Robert Wolfrum
ROBERT WOLFRUM   31670