UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CR303 CEJ/NCC |
| ) | |
| BRIAN GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Time to File Pretrial Motions Or Waiver (Docket No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant shall have to and including **September 21, 2016,** in which to file pretrial motions or a waiver of such motions.  The government shall have until **September 28, 2016,** in which to respond to any motions filed by the defendant.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing, or a hearing on the waiver of motions, will be set upon further order of the Court.

For the reasons set out in the defendant's motion, the undersigned finds that to deny defendant's request for such additional time would deny counsel for the defendant the reasonable time necessary for effective investigation and preparation of pretrial motions.  Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting defendant's request for additional time outweigh the best interest of the public and the defendant in a speedy trial, the additional time is granted to defendant to investigate and prepare pretrial

motions or a waiver notice and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

        /s/ Noelle C. Collins
    NOELLE C. COLLINS
    UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of September, 2016.